UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH RADFORD

VERSUS

RED JACKET FIREARMS, L.L.C.,
ET AL.

CIVIL ACTION

NO. 11-561-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 31, 2013 (doc. no. 65) to which no objection has been filed.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the Motion for Involuntary Dismissal of Plaintiff Ronald Reynolds is GRANTED.

Baton Rouge, Louisiana, this 20th day of February, 2013.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA