UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOSEPH RADFORD, ET AL.

VERSUS

RED JACKET FIREARMS, L.L.C., ET AL.

CIVIL ACTION

NO. 11-561-JJB

## ORDER

This matter is before the Court on a motion by defendants that this Court retain jurisdiction over plaintiffs' state law claims. (Doc. 92). On April 29, 2013, this Court granted summary judgment in favor of the defendants on the plaintiffs' federal claims and dismissed the state law claims without prejudice unless the parties demonstrated why the state law claims should not be dismissed. (Doc. 91). The defendants timely filed a motion requesting that this Court retain jurisdiction over the state law claims.

It is well-established that a district court has "wide discretion in deciding whether to hear a pendent claim." *Corwin v. Marney, Orton Investments*, 788 F.2d 1063, 1069 (5th Cir. 1986) (internal quotations and citation omitted). For the reasons articulated by the defendants, such as the fact that the case is nearly two years old, discovery is completed, and both the parties and this Court have expended time and resources in this matter, this Court, in its discretion, will retain jurisdiction over the plaintiffs' state law claims.

Accordingly, this matter shall not be dismissed and the plaintiffs' state law claims shall be entertained by this Court.

Signed in Baton Rouge, Louisiana on July 16th, 2013.

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA