UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH RADFORD, ET AL.

VERSUS

RED JACKET FIREARMS, LLC, ET AL.

CIVIL ACTION

NO. 11-561-JJB

## CONDITIONAL DISMISSAL ORDER

Having been informed by counsel by the attached correspondence that the parties have come to a settlement agreement;

IT IS ORDERED that this action be and it is hereby DISMISSED without prejudice to the right, upon good cause shown, to reopen the case within **60** days to enforce the terms of the settlement agreement.

The clerk's office shall terminate all pending deadlines and motions.

Baton Rouge, Louisiana, October 26, 2013.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

## THE DEMMONS LAW FIRM, LLC
3300 West Esplanade Avenue, Suite 601
Metairie, Louisiana 70002



Telephone: (504)-296-6417                                                                 Email: larry@demmonslaw.com
Facsimile:  (504)-335-0749                                                                Web: www.demmonslaw.com

October 21, 2013

**VIA FACSIMILE**
**FAX NO.: (225)-389-4031**

The Honorable James J. Brady
United States District Judge
Middle District of Louisiana
777 Florida Street, Suite 369
Baton Rouge, Louisiana 70801

      Re:   *Joe Radford v. Red Jacket Firearms, LLC, et al.*
             Civil Action No. 2011-0561
             United States District Court – Middle District of Louisiana

Dear Judge Brady:

      Please allow this letter to serve as notice that Plaintiffs and Defendant have agreed to settle the above referenced litigation.

      If you have any questions, please do not hesitate to contact me. A copy of this letter is being forwarded to counsel for Defendants, Michael Reese Davis.

      With best regards, I am

                                                             Respectfully yours,

                                                             Larry E. Demmons

LED

cc:    Michael Reese Davis (via email)