UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

```
*************************************************
JOSEPH RADFORD, ET AL.                    *        NO.: 11-561-JJB-SCR
                                          *
VERSUS                                    *
                                          *        JUDGE: BRADY
RED JACKET FIREARMS, L.L.C., WILLIAM      *
M. HAYDEN, RED JACKET, INC., AND RED      *
JACKET INTERNATIONAL, L.L.C.              *        MAG.: RIEDLINGER
*************************************************
```

## MOTION TO ENFORCE SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Joseph Radford, Joshua Currey and Earl Lee, and for the reasons set forth in the accompanying Memorandum in Support, respectfully request that this Court issue an order requiring Defendants to comply with the settlement entered into by the parties.

**WHEREFORE**, Plaintiffs respectfully request that their Motion to Enforce Settlement be **GRANTED**.

Respectfully submitted,

**THE DEMMONS LAW FIRM, L.L.C.**

  s/Larry E. Demmons
**LARRY E. DEMMONS (#24376)**
3300 West Esplanade Avenue, Suite 601
Metairie, Louisiana 70002
Telephone: (504)-296-6417
Facsimile: (504)-335-0749

**COUNSEL FOR PLAINTIFFS,**
**JOSEPH RADFORD, JOSHUA CURREY**
**And EARL LEE.**

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **MOTION TO ENFORCE SETTLEMENT** was sent to:

Michael Reese Davis, Sr. - mdavis@hymeldavis.com

Duncan Kemp – dkemp@hymeldavis.com

via the Court's electronic delivery system, this 7th day of January, 2014.

s/Larry E. Demmons
**LARRY E. DEMMONS (#24376)**
Counsel for Plaintiffs
3300 West Esplanade Avenue, Suite 601
Metairie, Louisiana 70002
Telephone: (504)-296-6417
Facsimile: (504)-335-0749
E-mail: larry@demmonslaw.com