UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH RADFORD

VERSUS

RED JACKET FIREARMS,
LLC, ET AL.

CIVIL ACTION

NO. 11-561-JJB

### ORDER

Considering the attached letter;

IT IS ORDERED that motion (doc. 104) to enforce judgment is terminated as moot.

Baton Rouge, Louisiana, March 19th 2014.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

1

# HYMEL DAVIS & PETERSEN, LLC

ATTORNEYS AND COUNSELORS AT LAW
10602 COURSEY BOULEVARD
BATON ROUGE, LOUISIANA 70816

MICHAEL REESE DAVIS †
PARTNER

INTERNET www.hymeldavis.com

TELEPHONE: 225.298.8118
FACSIMILE: 225.298.8119

mdavis@hymeldavis.com
†Also Licensed in California and Texas

February 25, 2014

**VIA FACSIMILE (389-4031) & U.S. MAIL**

Honorable James J. Brady
Russell B. Long Federal Building
777 Florida Street, Suite 369
Baton Rouge, LA 70801

    Re:    Joseph E. Radford v. Red Jacket Firearms, L.L.C, et al.
            USDC-MDLA No. 11-561-JJB-SCR
            Our File: 11-1499B

Your Honor:

    Please be advised that defendants have now paid in full the settlement amount in the above-referenced matter. Hopefully, payment brings this matter to a close.

    Your attention to this matter is appreciated.

                                        Sincerely,

                                        Michael Reese Davis

MRD/sbl

cc: Larry Demmons